JENNIE E. BROWNE, Appellant, v. AMALGAMATED PROPERTIES, INC., and Others, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of the Punishment of WALDO G. MORSE for Contempt in Proceedings Supplementary to Execution in an Action Entitled: SUPREME COURT, NEW YORK COUNTY, CEMENT MARKETING COMPANY, LTD., Plaintiff, v. FOX BROTHERS INTERNATIONAL CORPORATION, Defendant. WALDO G. MORSE, Appellant; CEMENT MARKETING COMPANY, LTD., Judgment Creditor, Respondent. — Order affirmed, with twenty dollars costs and disbursements. No opinion. Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

RHODA E. HALL, as Administratrix, etc., of GEORGIA LEE HALL, Appellant, v. WADSWORTH R. LEWIS, Respondent.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P..J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by ALBERT CONWAY, Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Liquidate the Business and Affairs of the EMPIRE STATE MUTUAL INSURANCE COMPANY. FRANKLIN ALLEN WINDOW CLEANING COMPANY, INC., Appellant; SUPERINTENDENT OF INSURANCE OF THE STATE OF NEW YORK, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

CASHMAN LAUNDRY CORPORATION, Respondent, v. CONSOLIDATED LAUNDRIES CORPORATION and Others, Defendants, Impleaded with ARTHUR HABER and Others, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

J. BOND SMITH, Respondent, v. RICHARD E. ENRIGHT, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.